**Order entered November 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01094-CR

**AUGUSTO AMBROSIO CARRERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82936-2016**

## ORDER

Before the Court is the State's November 26, 2019 second motion for extension of time to file its brief. The brief has been tendered with the motion. We **GRANT** the motion and **ORDER** the State's brief filed as of the date of this order.

/s/     BILL PEDERSEN, III
          JUSTICE